**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6219**

_____

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

      versus

DAVID ALLEN WILSON,

                                  Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, District Judge. (CR-95-6-A, CA-99-553-7)

_____

Submitted: March 30, 2001          Decided: April 24, 2001

_____

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

David Allen Wilson, Appellant Pro Se. Rick A. Mountcastle, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Allen Wilson seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and his motion seeking reconsideration.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Wilson, Nos. CR-95-6-A; CA-99-553-7 (W.D. Va. Nov. 30 & Dec. 20, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED